# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN KLIESH, | : |
|     **Plaintiff,** | :    CIVIL ACTION |
| v. | : |
| | :    NO. 24-1802 |
| ANDREW CASSIDY, <u>et al.</u> | : |
|     **Defendants.** | : |

## ORDER

**AND NOW**, this 4th day of September, 2024, upon consideration of Defendant Kristi Hoover's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 8), Plaintiff John Kliesh's Motion in Objection to Hoover's Motion to Dismiss (Doc. No. 11), Defendant Robert Baldi's Motion to Dismiss (Doc. No. 10), and Plaintiff's Motion in Objection to Baldi's Motion to Dismiss (Doc. No. 12), it is hereby **ORDERED** that the Motions are **GRANTED** and all claims against Defendants Hoover and Baldi are **DISMISSED WITH PREJUDICE**.

BY THE COURT:


    /s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**