# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN KLIESH,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | NO. 24-1802 |
| **ANDREW CASSIDY, et al.** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 19th day of February, 2025, upon consideration of Defendant Andrew Cassidy's Motion to Dismiss for Failure to State a Claim (Doc. No. 18), Plaintiff John Kliesh's Motion in Objection to Cassidy's Motion to Dismiss (Doc. No. 19), it is hereby **ORDERED** that the Motion is **GRANTED** and all claims against Defendants Cassidy are **DISMISSED WITHOUT PREJUDICE**.

        **BY THE COURT:**

        */s/ Mitchell S. Goldberg*
        **MITCHELL S. GOLDBERG, J.**